UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-289-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDRE DION WILKERSON | ORDER TO RELEASE DEFENDANT ON<br>COMPASSIONATE FURLOUGH |

This matter having come before the Court by an unopposed motion of the Office of the Federal Public Defender to grant a 12-hour furlough to the Defendant for purposes of attending his grandmother's funeral, and for good cause shown, it is hereby ORDERED that the 12-hour furlough is GRANTED.

The Defendant shall be released at 7:00 a.m.. to the custody of Lisa Wilkerson on October 7 2010, from the Edgecombe County Detention Center for purposes of attending the funeral at William Tony's Funeral Home, Zebulon, North Carolina, and to attend the interment to follow. At all other times, other than while in transit to and from the Edgecombe County Jail, the defendant shall remain in the custody of his mother, Lisa Wilkerson at the family home at 110 South Hollybrook Road, Wendell, North Carolina 27591. The Defendant shall return to the Edgecombe County Detention Center no later than 7:00 p.m. on Thursday, October 7, 2010.

IT IS SO ORDERED.

This 5 day of October, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE